McGREGOR W. SCOTT
United States Attorney
BOBBIE J. MONTOYA
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814-2322
Telephone: (916) 554-2775

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BRADLEY A. DODENHOFF, D.C., ) <br> ) <br> Defendant. ) <br> _____ ) | Case No.  1:05-MC-00033-LJO <br><br> CONSENT JUDGMENT |

    Pursuant to the Settlement Agreement entered into between the United States of America and Bradley A. Dodenhoff, D.C. (hereinafter referred to as "Debtor"), true and correct copy of which is attached hereto (hereinafter referred to as "Agreement"), the Court finds:

    In order to resolve litigation in U.S. Attorney's Office ("USAO") Case Number 2005V00050 in the Eastern District of California, the parties herein agreed as follows:

    1. **Indebtedness and Consent Judgment.**  As of April 20, 2005,  the total amount of debtor's debt for Health and Human Service ("HHS") claim number 50029911 is $14,918.57 which includes the principal, accrued interest, and late payment charges, if any.  As part of the Agreement, the parties agreed that interest accrues at the post-judgement interest rate applicable to judgements entered in federal court.  The debtor agreed to have this judgment entered against him for the total indebtedness.  Agreement at ¶ 3.

////

2. **Payment Schedule.**  The debtor agreed to make payments of at least $250, per month, due on the 15th day of each month, beginning June 15, 2005, and continuing at such monthly amounts until notified otherwise by amendment to the Agreement issued by the Department of Justice (DOJ). This payment schedule will be evaluated at least annually and may be modified, based on documented financial status of the debtor.  The debtor agreed to submit in a timely manner each year any and all financial documentation required by DOJ.  Agreement at ¶ 4.

All payments shall be made payable to the Department of Justice, and mailed as directed by the U.S. Attorney's Office Financial Litigation Unit.  *Id*.

3. **Default on Agreement.**  Should default occur [by] the debtor the United States may take any steps authorized by law to enforce its judgment.  Agreement at ¶ 5.

4. **Effect of the Agreement.** The Agreement contains a complete description of the bargain between the parties.  All material representations, understandings, and promises of the parties concerning the repayment of the debt is contained in the Agreement.  Any modifications must be set forth in writing signed by all parties.  The debtor represented that the Agreement was entered into with knowledge of events described therein.  The debtor further represented the Agreement was voluntarily entered into to resolve the litigation in USAO case number 2005V00050, in the Eastern District of California.  Agreement at ¶ 6.

5. **Execution of the Agreement.**  The United States Attorney represented that he has received the concurrence of HHS to the terms of the Agreement, and will promptly forward an executed copy of the Agreement to HHS's Program Support Center.  Agreement at ¶ 7.

Based upon the above findings, and the Court being otherwise fully advised in the premises, it is hereby

ORDERED AND ADJUDGED:

That the Court adopts the Settlement Agreement entered into by and between the parties.

IT IS SO ORDERED.

**Dated:   July 7, 2005**              /s/ Lawrence J. O'Neill
66h44d                                       UNITED STATES MAGISTRATE JUDGE

2